**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS OF
AMERICA and EARL L. HENRY, BONNIE J.
LAURIA, RAYMOND B. BAILEY, THEODORE
J. GENCO, MARVIN C. MARLOW, CHARLES
R. MILLER, LAVERNE M. SORIANO and JOHN
HUBER, on behalf of themselves and all other
persons similarly situated,

      Plaintiffs,

v.                                                         Case No. 05-CV-73991-DT

GENERAL MOTORS CORPORATION,

      Defendant.
                                                 /

**ORDER GRANTING JOINT "MOTION TO ESTABLISH A SCHEDULE
FOR MOTION TO AMEND THE SETTLEMENT AGREEMENT
AND FOR RELIEF FROM JUDGMENT UNDER RULE 60(b)"**

Pending before the court is an October 10, 2007 "Motion to Establish a Schedule . . . " filed jointly by Plaintiff International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America ("UAW") and Defendant General Motors Corporation ("GM").[1] The UAW and GM represent that they agree "the settlement agreement previously approved by this Court should be amended based on an agreement reached between GM and UAW" and will therefore "move to amend the settlement agreement approved by this Court's judgment of March 31, 2006, which made the settlement agreement binding upon GM, UAW, and the Class." (Joint

---

[1] It appears, however, that at least two objectors oppose the motion. (*See* Joint Scheduling Mot. at 2 n.2.)

Scheduling Mot. at 1-2.)  The UAW and GM filed this motion to request that "this Court hold a conference for the purpose of setting a briefing schedule so that all interested parties can be heard on the issues of whether modification of the settlement is appropriate." (*Id.* at 2-3.)  Under these circumstances, the court agrees that a status conference would be beneficial.  Accordingly,

IT IS ORDERED that the Joint "Motion to Establish a Schedule for Motion to Amend the Settlement Agreement and for Relief from Judgment Under Rule 60(b)" [Dkt. #1436] is GRANTED.  The court will hold a status conference on **October 30, 2007 at 10:00 a.m.**

        s/Robert H. Cleland  
        ROBERT H. CLELAND  
        UNITED STATES DISTRICT JUDGE

Dated:  October 15, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 15, 2007, by electronic and/or ordinary mail.

        s/Lisa G. Wagner  
        Case Manager and Deputy Clerk  
        (313) 234-5522